LAW OFFICES OF ANTHONY WALKER
1301 Dove Street, Suite 1000
Newport Beach, California 92660
(949) 862-9269
Attorney Bar No. 120395

Attorneys for Plaintiff
STEVE MULLEN

___ Priority
_✓_ Send
___ Clsd
_✓_ Enter
_✓_ JS-5/JS-6
___ JS-2/JS-3

FILED
CLERK, U.S. DISTRICT COURT
JAN 20 2000
CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY

ENTERED
CLERK, U.S. DISTRICT COURT
JAN 21 2000
CENTRAL DISTRICT OF CALIFORNIA
DEPUTY

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVE MULLEN,<br><br>   Plaintiff,<br><br>   v.<br><br>JESSIE AVESTRO, an individual, and Does 1-10, inclusive,<br><br>   Defendants. | CASE NO. CV97-8622 CM (AJWx)<br><br>Assigned for all purposes to: JUDGE CARLOS R. MORENO<br><br>**DISMISSAL WITH PREJUDICE**<br><br>THIS CONSTITUTES NOTICE OF ENTRY AS REQUIRED BY FRCP, RULE 77(d). |

WHEREAS the parties wish to resolve all issues between them arising out of the facts plead in the above-captioned matter Plaintiff STEVE MULLEN and Defendant JESSIE AVESTRO hereby enter into the following stipulation:

1. Defendant agrees to cooperate by making himself available, in Southern California, upon ten (10) days notice, for interview by Plaintiff's authorized representative and, should Plaintiff desire, for deposition in any legal proceedings arising out of any activities of which Defendant may have knowledge.

JAN 21 2000

2. It is acknowledged by the parties that, by execution of this Stipulation, Defendant is not admitting liability or responsibility for any of the injuries or damages suffered by Plaintiff Steve Mullen as alleged in the complaint filed in this action.

3. Plaintiff, on the one hand, and Defendant, on the other hand, hereby release the other, their legal representatives, successors and assigns, from any and all past present, or future demands, claims, liabilities, or causes of action, of any kind of nature, whether known or unknown, arising out of or in anyway relating to those facts as alleged in the complaint on file in this action. It is expressly understood however, that by execution of this Stipulation, Plaintiff in no manner or fashion intends to release any demands, claims, liabilities or causes of action he may have against the United States Government or any of its agencies, departments, offices, employees, agents or representatives.

4. The Parties acknowledge that they are aware of the provisions of California Civil Code Section 1542 quoted below and that they expressly waive any rights pursuant to that section:

> "A general release does not extend to claims which the creditor does not know or suspect to exist in his favor at the time of executing the release, which if known by him must have materially affected his settlement with the debtor."

5. Each party shall bear his own attorney's fees and costs incurred in the prosecution and or defense of this action.

6. In the event of any dispute or legal action arising out of or in any way relating to this Stipulation, the prevailing party shall be entitled to recover reasonable attorney's fees and costs.

7. The Court shall retain jurisdiction to enforce the terms of this Stipulation.

8. It is hereby stipulated that the above-captioned action be dismissed with prejudice pursuant to Federal Rules of Civil Procedure 41(a)(1).

Dated: ~~September~~ DECEMBER 30, 1999 , 1999

_____
Steve Mullen, Plaintiff

By: _____
Anthony Walker, Attorney
for Plaintiff

_____
Jessie Avestro, Defendant

By: _____
Richard M. Callahan, Jr.,
Attorney for Defendant

IT IS SO ORDERED.

Dated: Jan 20, 2000

_____
CARLOS R. MORENO
United States District Judge